UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDELL EATMON,<br><br>        Petitioner,<br><br>v.<br><br>PEOPLE OF THE STATE OF CAL,<br><br>        Respondent. | Case No. 19-cv-07829-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, judgment is entered in favor of respondent. The Clerk shall close the file.

**IT IS SO ORDERED AN ADJUDGED.**

Dated: 1/31/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge