UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENDELL EATMON,

        Petitioner,

    v.

PEOPLE OF THE STATE OF CAL,

        Respondent.

Case No. 19-cv-07829-HSG

**ORDER DENYING REQUEST TO REOPEN ACTION**

Re: Dkt. No. 11

On January 31, 2020, the Court dismissed this action and entered judgment in favor of respondent because petitioner failed to (1) pay the filing fee or filing an *in forma pauperis* application, and (2) file a petition on the proper form. Dkt. Nos. 9, 10. Petitioner was instructed that any request to reopen the case must be accompanied by (1) either the full filing fee or a complete *in forma pauperis* application, **and** (2) a habeas petition on the proper form. Dkt. No. 9 at 2. On March 12, 2020, petitioner filed a petition for a writ of habeas corpus on the proper form, Dkt. No. 11, which the Court construes as a motion to reopen this action. However, petitioner has not paid the full filing fee or filed a complete *in forma pauperis* application. Accordingly, petitioner's motion to reopen this action is DENIED without prejudice to re-filing once he has either paid the full filing fee or filed a complete *in forma pauperis* application. The Clerk is instructed to send petitioner a blank copy of the Court's *in forma pauperis* application.

This case remains closed

**IT IS SO ORDERED.**

Dated: 3/19/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge